**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SAMSUNG FIRE AND MARINE INSURANCE CO., LTD. (U.S. BRANCH),     Plaintiff, | : : : : | |
| v. | : : | Case No. 2:18-cv-04365-CFK |
| UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN, INC., ROOSEVELT INN, LLC, and YAGNA PATEL,     Defendants/Third-Party Plaintiffs, | : : : : : | |
| v. | : : | |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY AND NATIONWIDE MUTUAL INSURANCE COMPANY,     Third-Party Defendants, | : : : : : | |
| v. | : : | |
| HARLEYSVILLE PREFERRED INSURANCE COMPANY AND NATIONWIDE MUTUAL INSURANCE COMPANY,     Fourth-Party Plaintiffs, | : : : : : | |
| v. | : : | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,     Fourth-Party Defendant/Fifth-Party     Plaintiff, | : : : : | |
| v. | : : | |
| CAPITOL SPECIALTY INSURANCE CORPORATION.     Fifth-Party Defendant. | : : | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PROC. 58

This matter came before the Court upon the Joint Stipulation entered by the Parties and filed with the Court on May 15, 2023.  Pursuant to that Joint Stipulation, the Court hereby enters judgment to expedite a prompt appeal of its ruling in its March 20, 2023 Opinion and Order (ECF Nos. 140 and 141), in favor of Plaintiff Samsung Fire & Marine Insurance Co., Ltd. (U.S. Branch) ("Samsung"), Third-Party Defendant ACE Property and Casualty Insurance Company ("ACE"), Third-Party Defendant and Fourth-Party Plaintiff Harleysville Preferred Insurance Company ("Harleysville"), Third-Party Defendant and Fourth-Party Plaintiff Nationwide Mutual Insurance Company ("Nationwide") and against Defendants/Counterclaim-Plaintiffs UFVS Management Company, LLC, Roosevelt Motor Inn, Inc., Roosevelt Inn, LLC, and Yagna Patel (collectively, "Roosevelt Inn").

Further, pursuant to that Joint Stipulation, the Court's March 20, 2023 Opinion and Order (ECF Nos. 140 and 141) effectively disposes of all other issues in this litigation based on the same reasoning set forth in that Opinion and Order, including those involving Fourth-Party Defendant and Fifth-Party Plaintiff Philadelphia Indemnity Insurance Company ("PIIC") and Fifth-Party Defendant Capitol Specialty Insurance Corporation ("Capitol") (Samsung, ACE, Harleysville, Nationwide, PIIC, Capitol, and Roosevelt Inn being collectively referred to as the "Parties"). Consequently, pursuant to the March 20, 2023 Opinion and Order and the Joint Stipulation, the Court finds that (1) PIIC and Capitol have no insuring obligation in relation to the claims made by Harleysville and Nationwide concerning coverage for Roosevelt Inn; (2) the claims in the Harleysville/Nationwide Fourth-Party Complaint against PIIC seeking equitable contribution or indemnity are rendered moot by reason of the Court's March 20, 2023 Opinion and Order that

insurance coverage is not available for the underlying claims against the Roosevelt Inn; and (3) the claims in the PIIC Fifth-Party Complaint against Capitol are likewise rendered moot.

As a result of the Joint Stipulation and the March 20, 2023 Opinion and Order, the Court hereby finds that all issues and claims in this action have been finally resolved, and therefore, enters final judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. Judgment is hereby entered in favor of Plaintiff Samsung and against Defendants Roosevelt Inn on Samsung's Counts I, II, III, IV, and V (ECF No. 50) and with respect to Roosevelt Inn's counterclaim Count I (ECF No. 52) to the extent each of those claims and counterclaim relates to the duty to defend and/or indemnify Roosevelt Inn in:

   a.  *M.B. v. Roosevelt Inn et al.*, PCCP March Term 2017, No. 00712;
   b.  *B.H. v. Roosevelt Inn et al.*, PCCP March Term 2019, No. 03355;
   c.  *C.A. v. Roosevelt Inn et al.*, PCCP March Term 2019, No. 03356; and
   d.  *K.R. v. Roosevelt Inn et al.*, PCCP November Term 2019, No. 00552.

2. Judgment is hereby entered in favor of Third-Party Defendant ACE and against Counterclaim-Plaintiffs Roosevelt Inn on Roosevelt Inn's counterclaim Counts II and III (ECF No. 63) to the extent that counterclaim relates to the duty to defend and/or indemnify Roosevelt Inn in:

   a.  *M.B. v. Roosevelt Inn et al.*, PCCP March Term 2017, No. 00712;
   b.  *B.H. v. Roosevelt Inn et al.*, PCCP March Term 2019, No. 03355;
   c.  *C.A. v. Roosevelt Inn et al.*, PCCP March Term 2019, No. 03356; and
   d.  *K.R. v. Roosevelt Inn et al.*, PCCP November Term 2019, No. 00552.

3. Judgment is hereby entered in favor of Harleysville and Nationwide and against Roosevelt Inn on Roosevelt Inn's counterclaim Count I (ECF No. 63) to the extent that counterclaim relates to the duty to defend and/or indemnify Roosevelt Inn in:

   a.  *B.H. v. Roosevelt Inn et al.*, PCCP March Term 2019, No. 03355;
   b.  *C.A. v. Roosevelt Inn et al.*, PCCP March Term 2019, No. 03356; and
   c.  *K.R. v. Roosevelt Inn et al.*, PCCP November Term 2019, No. 00552.

4.      Judgment is hereby entered in favor of PIIC and Capitol respecting any insuring obligation of Harleysville and Nationwide concerning Roosevelt Inn in:

a.      *B.H. v. Roosevelt Inn et al.*, PCCP March Term 2019, No. 03355;
b.      *C.A. v. Roosevelt Inn et al.*, PCCP March Term 2019, No. 03356; and
c.      *K.R. v. Roosevelt Inn et al.*, PCCP November Term 2019, No. 00552;

and the claims set forth in the Harleysville / Nationwide Fourth-Party Complaint against PIIC and the PIIC Fifth-Party Complaint against Capitol are therefore rendered moot.

5.      Pursuant to the Joint Stipulation, each of the Parties reserves its rights to appeal this Judgment.

BY THE COURT:

/s/ Chad F. Kenney                    5/16/2023

_____

**CHAD F. KENNEY, J.**

- 4 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SAMSUNG FIRE AND MARINE INSURANCE CO., LTD. (U.S. BRANCH),<br>    Plaintiff, | : : : : | |
| v. | : : | Case No. 2:18-cv-04365-CFK |
| UFVS MANAGEMENT COMPANY LLC, ROOSEVELT MOTOR INN, INC., ROOSEVELT INN, LLC, and YAGNA PATEL,<br>    Defendants/Third-Party Plaintiffs, | : : : : : | |
| v. | : : | |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY AND NATIONWIDE MUTUAL INSURANCE COMPANY,<br>    Third-Party Defendants, | : : : : : | |
| v. | : : | |
| HARLEYSVILLE PREFERRED INSURANCE COMPANY AND NATIONWIDE MUTUAL INSURANCE COMPANY,<br>    Fourth-Party Plaintiffs, | : : : : : | |
| v. | : : | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br>    Fourth-Party Defendant/Fifth-Party Plaintiff, | : : : : : | |
| v. | : : | |
| CAPITOL SPECIALTY INSURANCE CORPORATION.<br>    Fifth-Party Defendant. | : : : | |

## JOINT STIPULATION

WHEREAS, in this insurance coverage action, each of the claims and counterclaims of all Parties – including Plaintiff Samsung Fire and Marine Insurance Co., Ltd. ("Samsung"), Third-Party Defendant ACE Property and Casualty Insurance Company ("ACE"), Third-Party Defendants and Fourth-Party Plaintiffs Nationwide Mutual Insurance Company ("Nationwide") and Harleysville Preferred Insurance Company ("Harleysville"), Fourth-Party Defendant and Fifth-Party Plaintiff Philadelphia Indemnity Insurance Company ("PIIC"), Fifth-Party Defendant Capitol Specialty Insurance Corporation ("Capitol") (Samsung, ACE, Nationwide, Harleysville, PIIC, and Capitol being collectively referred to as the "Insurers"), and Defendants/Counterclaim-Plaintiffs UFVS Management Company, LLC, Roosevelt Motor Inn, Inc., Roosevelt Inn, LLC, and Yagna Patel (collectively, "Roosevelt Inn") – relates to whether the Insurers have a duty to defend and/or indemnify Roosevelt Inn in the following underlying lawsuits:

a.  *M.B. v. Roosevelt Inn et al.*, PCCP March Term 2017, No. 00712;
b.  *B.H. v. Roosevelt Inn et al.*, PCCP March Term 2019, No. 03355;
c.  *C.A. v. Roosevelt Inn et al.*, PCCP March Term 2019, No. 03356; and
d.  *K.R. v. Roosevelt Inn et al.*, PCCP November Term 2019, No. 00552.

WHEREAS, on March 20, 2023, this Court issued a memorandum Opinion and Order (ECF Nos. 140 and 141), which:

1.  Granted the Motion for Judgment on the Pleadings of Nationwide and Harleysville (ECF No. 70);

2.  Granted the Motion for Judgment on the Pleadings of Samsung (ECF No. 71);

3.  Denied, as moot, the Motion for Judgment on the Pleadings, against Harleysville and Nationwide, of Roosevelt Inn (ECF No. 72);

4.  Denied the Motion for Judgment on the Pleadings, against Samsung, of Roosevelt Inn (ECF No. 73); and

- 6 -

5.      Granted the Motion to Dismiss of ACE (ECF No. 74) and dismissed with prejudice Roosevelt Inn's Fourth Amended Third-Party Complaint against ACE (ECF No. 63);

WHEREAS, each of the above decisions was determined solely on grounds of Pennsylvania public policy, as stated in the Court's March 20, 2023 Opinion (ECF No. 140), "because the Court finds that public policy bars coverage as to all Providers and for the sake of judicial economy, the Court solely addresses this issue";

WHEREAS, the March 20, 2023 Opinion and Order was determinative of all of Roosevelt Inn's claims for insurance coverage in this insurance coverage action;

WHEREAS, the issues in that March 20, 2023 Opinion and Order have been briefed by all Parties, with the exceptions of PIIC and Capitol, which have not yet filed dispositive motions on their own behalf; and

NOW THEREFORE, in order to achieve finality and expedite an appeal, the Parties Roosevelt Inn, Samsung, ACE, Harleysville, Nationwide, PIIC, and Capitol stipulate and agree as follows:

1.      Additional briefing on the issues in that March 20, 2023 Opinion and Order relating to insurance coverage sold by PIIC and Capitol would waste time and resources of the Court and the Parties in light of the Court's March 20, 2023 Opinion (ECF No. 140), and the Parties agree that permitting a prompt appeal is appropriate in this litigation.

2.      The Parties further stipulate and agree that the Court's March 20, 2023 Opinion and Order (ECF Nos. 140 and 141) render functionally moot any potentially forthcoming dispositive motions by PIIC and Capitol as well as the Fourth Party Complaint of Nationwide and Harleysville for contribution and indemnification as it was determined that Nationwide and Harleysville have no insurance obligation to Roosevelt Inn.

3.      The Parties further stipulate and agree that the Court's March 20, 2023 Opinion and Order (ECF Nos. 140 and 141) render functionally moot any potentially forthcoming claims that could be made by Roosevelt against PIIC and Capitol in this insurance coverage action upon the lifting of the automatic stay imposed by 11 U.S.C. Section 362 (the "Automatic Stay"), and the Parties stipulate and agree that Roosevelt reserves the right to bring claims against PIIC and Capitol respecting any insuring obligation to Roosevelt in the event the stipulated judgment is reversed or modified on appeal and upon lifting of the ongoing Automatic Stay.

4.      The Parties further stipulate and agree that all Parties' arguments regarding (a) Nationwide's Counts I and II against PIIC (ECF No. 94); (b) PIIC's counterclaim Counts I and II against Nationwide (ECF No. 100); (c) PIIC's Counts I and II against Capitol (ECF No. 101); and (d) Capitol's counterclaim Count I, against PIIC, and crossclaim Count I, against Roosevelt Inn, Samsung, ACE, Nationwide, and Harleysville (ECF No. 106) are not waived and are fully preserved for purposes of appeal, to the same extent as if PIIC and Capitol had moved for dispositive relief, with all Parties making and fully preserving the same arguments as they have made in relation to the dispositive motions of Samsung, ACE, Harleysville, and Nationwide.

5.      Because the Parties cannot proceed to a prompt appeal of the issues in the March 20, 2023 Opinion and Order without the Court issuing a final, appealable judgment as to all Parties including PIIC and Capitol, the Parties further stipulate and agree to a final and appealable judgment in favor of Samsung, ACE, Harleysville, Nationwide and against Roosevelt Inn; and that the claims by and between Nationwide/Harleysville, PIIC and/or Capitol, are rendered moot and no longer justiciable, such that a final judgment exists by reason of the Court's March 20, 2023 Opinion and Order.

6.    The Parties further stipulate and agree that Roosevelt Inn expressly reserves its right to appeal the Court's March 20, 2023 Opinion and Order (ECF Nos. 140 and 141) which included the above-listed rulings, as well as the denial of Roosevelt Inn's Motions for Judgment on the Pleadings (ECF Nos. 72 and 73).

7.    To avoid any waiver of arguments on appeal as set forth above and reserving all rights to appeal, the Parties stipulate to judgment as to form only and not as to form and substance.

Respectfully Submitted,

**REED SMITH LLP**

Dated: May 15, 2023                    By: */s/ John Ellison*
                                       John N. Ellison (PA I.D. No. 51098)
                                       Luke E. Debevec (PA I.D. No. 92860)
                                       Three Logan Square
                                       1717 Arch Street, Ste. 3100
                                       Philadelphia, PA  19103
                                       (215) 851 8100

                                       *Attorneys for Defendants/Third-Party*
                                       *Plaintiffs, Roosevelt Inn, LLC, Roosevelt*
                                       *Motor Inn, Inc., UFVS Management*
                                       *Company, LLC, and Yagna Patel*

**FALLS & DEMARCO, P.C**

Dated: May 15, 2023           By:    */s/John C. Falls*
                                     John C. Falls
                                     129 Redford Road
                                     Oreland, PA 19075
                                     856-296-3129

                                     *Attorney for Plaintiff, Samsung Fire and*
                                     *Marine Insurance Co., Ltd.*

**COZEN O'CONNOR**

Dated: May 15, 2023                    By:    */s/Kristie M. Abel*
                                              Kristie M. Abel
                                              Abby J. Sher
                                              1650 Market Street, Suite 2800
                                              Philadelphia, PA 19103
                                              215-665-2715

                                              Melissa F. Brill
                                              175 Greenwich Street, 55th Floor
                                              New York, NY 10007

                                              *Attorneys for Third-Party Defendant,*
                                              *ACE Property & Casualty Insurance*
                                              *Company*

**SWARTZ CAMPBELL LLC**

Dated: May 15, 2023                    By:    */s/William T. Salzer*
                                              William T. Salzer
                                              1650 Market Street, 38th Floor
                                              Philadelphia, PA 19103
                                              215-299-4346
                                              Email: wsalzer@swartzcampbell.com

                                              *Attorney for Third Party Defendants and*
                                              *Fourth-Party Plaintiffs,*
                                              *Nationwide Mutual Insurance Company and*
                                              *Harleysville Preferred Insurance Company*

**BODELL BOVE LLC**

Dated: May 15, 2023                    By:    */s/ Louis A. Bové*
                                              Louis A. Bové
                                              Marc J. Syken
                                              Rex F. Brien
                                              Robert D. Fischer
                                              1845 Walnut Street, Suite 1100
                                              Philadelphia, PA 19103

                                              *Attorneys for Fourth-Party Defendant/Fifth-*
                                              *Party Plaintiff, Philadelphia Indemnity*
                                              *Insurance Company*

**BECKER LLC**

Dated: May 15, 2023                By:     */s/Erik B. Derr*
                                          Erik B. Derr
                                          1515 Market Street, Suite 1200
                                          Philadelphia, PA 19102

                                          Joseph Harraka
                                          354 Eisenhower Parkway, Suite 1500
                                          Livingston, NJ 07039

                                          *Attorneys for Fifth-Party Defendant,*
                                          *Capitol Specialty Insurance Corporation*

- 11 -

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on this date, I caused the foregoing Joint Stipulation to be filed using the

Court's ECF system, which will send notice of this filing to all counsel of record via email.


Dated: May 15, 2023                                   By:  *s/ John N. Ellison*
                                                                   John N. Ellison